# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONELL BRYANT,<br><br>        Plaintiff,<br><br>vs.<br><br>KITCHEN MANAGER JOHN DOE, *et al.*,<br><br>        Defendants. | 2:16-cv-01584-APG-VCF<br><br>**ORDER** |

Before the court is *Donell Bryant v. Kitchen Manager John Doe, et al.*, case number 2:16-cv-01584-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., July 13, 2017, in courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

DATED this 5th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE