# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Donell Bryant,<br><br>                Plaintiff,<br><br>    v.<br><br>Bonnie Polley, et al.,<br><br>                Defendants. | Case No. 2:16-cv-1584-APG-VCF<br><br>**ORDER DISMISSING DEFENDANT JOHN DOE KITCHEN MANAGER**<br><br>**(ECF No. 16)** |

On July 12, 2017, the plaintiff was advised by the court (ECF No. 16) that this action would be dismissed without prejudice as to defendant John Doe Kitchen Manager unless on or before August 11, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendant John Doe Kitchen Manager only.

Dated: August 16, 2017.

                                                      ANDREW P. GORDON
                                                      UNITED STATES DISTRICT JUDGE